```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                            CASE NO. 05 B 24235
   JAMES TIMOTHY CROWE
                                                  CHAPTER 13

                                                  JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-0956
```

---
                          TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1. The case was filed on 06/17/05 and confirmed on 08/15/05.

    2. The plan is paid in full.

    3. The Debtor paid a total of $  15844.40 .

    4. The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 7469.05 | .00 | 7469.05 |
| GREEN TREE | SECURED | .00 | .00 | .00 |
| GREEN TREE | MORTGAGE ARRE | 88.28 | .00 | 88.28 |
| GMAC/HOMECOMINGS | SECURED | .00 | .00 | .00 |
| GMAC/HOMECOMINGS | MORTGAGE ARRE | 1900.52 | .00 | 1900.52 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 902.70 | .00 | 902.70 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN ACQUISITION LTD | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| SCHNIDER TRAINING ACADEM | UNSECURED | NOT FILED | .00 | .00 |

           Summary of disbursements:
---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9457.85 | .00 | 902.70 | .00 | 10360.55 |
| PRINCIPAL PAID | 9457.85 | .00 | 902.70 | .00 | 10360.55 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 9457.85 | .00 | 902.70 | .00 | 10360.55 |

The Debtor's attorney, RICHARD E SEXNER                , was allowed $   3630.00
and was paid $    406.00   direct and $   3224.00  through the plan.

The Trustee received $     572.11 .

Refunds to the Debtor totaled $    1687.74 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 11/15/07                          /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE
```

```
                            PAGE  2
       CASE NO. 05 B 24235 JAMES TIMOTHY CROWE
```